IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GLENN DORSEY, LORD THY GOD,

    Plaintiff,

v.                                                                                       4:22cv431–WS/MAF

PARIS MOORE, GEICO INSURANCE CO.,

    Defendants.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 9) docketed February 13, 2023. The magistrate judge recommends that Plaintiff's complaint be dismissed as an impermissible shotgun pleading, for failure to comply with court orders, and because it otherwise fails to state a claim. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, the undersigned has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 9) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint is hereby DISMISSED without prejudice as a shotgun pleading, for failure to comply with court orders, and because it otherwise fails to state a claim.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this ___14th___ day of ___March___, 2023.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE